**Opinion issued April 2, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00162-CV

———————————

**PEGGY PALMGREN, Appellant**

**V.**

**DOW CORNING CORPORATION, Appellee**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1992-24935IA**

---

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss the appeal. *See* TEX. R.

APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P.

42.1(a)(1). We dismiss all other pending motions as moot.

# PER CURIAM

Panel consists of Justices Jennings, Bland, and Massengale.